IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | Cr. No. <u>04-20171-D</u> |
| vs. | * | |
| TIFFANY LEMONS, | * | |
| Defendant. | * | |

## ORDER DISMISSING INDICTMENT

Upon motion of the United States, it is hereby **ORDERED** that the indictment in Criminal Case No. 04-20171 is dismissed.

**ENTERED** this **30** day of June, 2005.

BERNICE B. DONALD
U.S. District Court Judge

Approved:

V. Rae Oliver
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20171 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT